See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL ALLEN LEHMAN,**         : CIVIL NO.1:CV-01-1251

Petitioner                        :

v.                                :

**ROBERT W. MEYERS, ATTORNEY**    :
**GENERAL, COMMONWEALTH OF**
**PENNSYLVANIA,**                 :

Respondent                        :


FILED
HARRISBURG, PA
JUL 25 2001
MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

## O R D E R

AND NOW, this 25 day of July, 2001, Petitioner having filed a petition for habeas corpus and an application to proceed *in forma pauperis* on July 5, 2001, as well as a July 23, 2001 notice of election indicating that he chooses to have the court rule on his petition as filed, **IT IS HEREBY ORDERED THAT:**

    1) Petitioner is granted leave to proceed *in forma pauperis*;

    2) Respondent shall show cause within twenty (20) days of the date of this order why Petitioner should not be granted habeas corpus relief;

    3) A determination as to whether or not Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response; and

    4) Petitioner shall, if he so desires, file a reply to the response to the show-cause order within fifteen (15) days of its filing.

SYLVIA H. RAMBO
United States District Judge