**JUDGE'S COPY**

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: JUL 31 2001
C. Signature: X [signature] — Agent
D. Is delivery address different from item 1? No

1. Article Addressed to:
Francis Filipi DAG
Office of the Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA 17120

3. Service Type: ☒ Certified Mail
2. Article Number: 7000 0600 0027 5713 3324
PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
(standard instructions)

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by: Dretta Andrews
B. Date of Delivery: 7-27-01
C. Signature: X Dretta Andrews — Agent
D. Is delivery address different from item 1? No

Article Addressed to:
Robert W. Meyers, Superintendent
SCI Rockview
Box A
Bellefonte, PA 16823

3. Service Type: ☒ Certified Mail
Article Number: 7000 0600 0027 5713 3348
Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
(standard instructions)

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by: [illegible]
B. Date of Delivery: JUL 30 2001
C. Signature: X [signature] — Agent
D. Is delivery address different from item 1? No

Article Addressed to:
Michael Fisher, PA Atty. General
Office of the Atty. General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

3. Service Type: ☒ Certified Mail
Article Number: [partial] 5713 3331

---

**FILED**
HARRISBURG, PA

AUG 07 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-CV-01-1251
Show Cause Order
J. [signature]