IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. LEHMAN | CIVIL NO. 1:CV-01-1251 |
| Petitioner | |
| v. | |
| ROBERT W. MEYERS, ET AL, | |
| Respondents | |

FILED
HARRISBURG, PA

AUG 1 5 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER

AND NOW, this 15th day of August, 2001, upon consideration of Respondent's request for extension to reply to Petitioner's writ of habeas corpus, the request is **GRANTED**. The respondents shall file its reply on or before September 7, 2001.

SYLVIA H. RAMBO
United States District Judge

Dated: August 15, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

August 15, 2001

Re:  1:01-cv-01251    Lehman v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

```
Michael A. Lehman
SCI-Rockview
BJ-1575
Box A
Bellefonte, PA  16823-0820

Edward A. Paskey, Esq.
Office of the District Attorney
York County Court House
28 East Market Street
York, PA  17401
```

```
cc:
Judge                        (X )              ( ) Pro Se Law Clerk
Magistrate Judge             ( )               ( ) INS
U.S. Marshal                 ( )               ( ) Jury Clerk
Probation                    ( )
PA Attorney General          (X )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )    PA Atty Gen   ( )
                                       DA of County ( )    Respondents   ( )
Bankruptcy Court             ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 15th, 2001                                          BY: /s/ Mark Armbruster
                                                                      Deputy Clerk