## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL A. LEHMAN,          :          CIVIL NO.1:CV-01-1251

    Petitioner          :

    v.          :          **FILED**
                      HARRISBURG, PA

ROBERT W. MEYERS, et al,          :          OCT 2 2 2001

    Respondents          :          MARY E. D'ANDREA, CLERK
                          Per _____ Deputy Clerk

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT:**

    (1) Petitioner's petition for writ of habeas corpus is **DISMISSED**;

    (2) The Clerk of Court shall close the file;

    (3) The court declines to issue a certificate of appealability.


                          SYLVIA H. RAMBO
                          United States District Judge

Dated: October 22 , 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *


Re:  1:01-cv-01251    Lehman v. Meyers


True and correct copies of the attached were mailed by the clerk
to the following:


        Michael A. Lehman BJ-1575
        SCI-Rockview
        Box A
        Bellefonte, PA  16823-0820

        Edward A. Paskey, Esq.
        H. Stanley Rebert U, Esq.
        York County Courthouse
        28 East Market Street
        York, PA  17401 Fax No.: fax 717-771-9738



cc:
Judge                     (X )           (  ) Pro Se Law Clerk
Magistrate Judge          (  )           (  ) INS
U.S. Marshal              (  )           (  ) Jury Clerk
Probation                 (  )
U.S. Attorney             (  )
Atty. for Deft.           (  )
Defendant                 (  )
Warden                    (  )
Bureau of Prisons         (  )
Ct Reporter               (  )
Ctroom Deputy             (  )
Orig-Security             (  )
Federal Public Defender   (  )
Standard Order 93-5       (  )
Bankruptcy Court          (  )
Other_____      (  )

                                    MARY E. D'ANDREA, Clerk


DATE: October 22nd, 2001            BY: _____
                                        Deputy Clerk