Nov. 19, 2001

United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
Independence Mall West
601 Market St.
Philadelphia, Pa 19106
Civil No. 1: CV-01-1251

ORIGINAL

FILED
NOV 26 2001
PER _____ DEPUTY CLERK
HARRISBURG, PA

Dear Sirs:

I am writing to inform that I intend to appeal the my Petition and the ruling of The United States District Court for the Middle District of Pennsylvania.

I ask for any information you may be able to provide on how to precede in this endeavor. Are there form I need to fill out or a brief I need to file?

Thank you for you Time in this matter

Sincerely,

Michael Lehman
BJ1575
P.O. Box A
Bellefonte, Pa 16823-0820

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

November 28, 2001

*Appeal Filed 11/26/0*
RECEIVED
HARRISBURG, PA

NOV 30 2001

MARY E. D'ANDREA, CLERK
Per _____

Ms. Mary E. D'Andrea, Clerk
228 Walnut Street, Room 1060
Harrisburg, PA 17108

Re: Michael Lehman
(Civil Action No. 01-1251)

Dear Ms. D'Andrea:

Pursuant to Rule 4(d), <u>Federal Rules of Appellate Procedure</u>, we are forwarding the attached notice of appeal which was apparently filed with this office in error. <u>See</u> Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u>. The notice was postmarked November 20, 2001.

These documents are being forwarded solely to protect the litigant's right to appeal. Upon receipt of these documents, kindly process the documents according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: *Bradford A. Baldus/sh*

Bradford A. Baldus
Senior Legal Advisor to the Clerk

Enclosure