↘ *16*
1/28/02
*ge*

## INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

MICHAEL A. LEHMAN
     Petitioner/Appellant
     v.

ROBERT W. MEYERS, et al.
     Respondents/Appellees

Dist. Ct. Docket #__1:CV-01-1251_____
(Judge Sylvia H. Rambo)

Ct. of Appeals Docket # _____

NOTICE OF APPEAL FILED__11/26/01_ COURT REPORTERS:___No___

FILING FEE:

| | | | | |
|---|---|---|---|---|
| Notice of Appeal | ____ Paid | _X_ Not Paid | ____ Seaman |
| Docket Fee | ____ Paid | _X_ Not Paid | ___ US or Govt. |

CJA Appointment: (Attach copy of order) N/A
____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
_X_Motion Granted In First Instance
____Denied
____Motion pending before district judge

FILED
JAN 2 5 2002
PER_____
HARRISBURG, PA   DEPUTY C

Certificate of probable cause (state habeas corpus) (attach copy of order)
____Granted
____Denied
____Pending

MOTIONS CURRENTLY PENDING :   No

COPIES TO:
Judge Sylvia H. Rambo
Edward A. Paskey, Esquire
File Copy

Michael A. Lehman
H. Stanley Rebert, Esquire


Virginia Gilmore
Deputy Clerk

DATED: December 3, 2001

Please acknowledge receipt of these documents on the enclosed copy of this sheet.