OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-3920
FAX (717) 221-3959



December 3, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RE: LEHMAN V. MEYERS
Case Number: 1:CV-01-1251
USCA Case No: Unknown   Appeal filed 11/26/01

Dear Ms. Waldron:
    Enclosed please find:

  ___  One certified copy of the docket entries
to be filed as the Certified List in
Lieu of the Record.

  _X_  Actual Record with one certified copy
and one uncertified copy of docket
entries.  (Docs. #1-#15)

  ___  One certified copy of docket entries to be filed as the
Certified List in Lieu
of the _____ Supplemental Record

  ___  Actual_____ Supplemental Record with
one certified copy and one uncertified
copy of docket entries.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

*Virginia Gilmore*
Virginia Gilmore
Deputy Clerk