OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4927

pacer.ca3.uscourts.gov

January 23, 2002

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG

JAN 2 8 2002

MARY E. D'ANDREA, CLE
Per _____
DEPUTY CLERK

Lehman v. Meyers

No(s): 01-cv-01251

(Honorable Sylvia H. Rambo)

An appeal by **Michael A. Lehman** was filed in the above-captioned case on 11/26/01, and docketed in this Court on 1/23/02, at No. **02-1203**.

Kindly use the Appeals Docket No. **02-1203** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk