OFFICE OF THE CLERK

**COPY**

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__Harrisburg__ Clerk of District Court    Date __10/18/02__
(District)

__Lehman v. Meyers__    C. of A. No. __02-1203__
(Caption)

__Michael A. Lehman__
(Appellant)

**RECEIVED**

__01-cv-1251__
(D.C. No.)

OCT 22 2002

MARY E. D'ANDREA, CLERK

Enclosures:

__10/18/02__ Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

* __XXXX__ Record

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

__XXXX__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

__Dana Moore__ (267)-299-__4927__
Deputy Clerk    Telephone Number

* __[signature] Fiddler__ (267)-299-__4917__
Record Processor    Telephone Number

10/21/02

Receipt Acknowledge:
__[signature]__
(Name)
__10-22-02__
(Date)
Rev. 3/13/00
Appeals (Record)

BPS-3  October 3, 2002

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 02-1203

MICHAEL A. LEHMAN

v.

ROBERT W. MEYERS, et al.

(M.D. Pa. Civ. No. 01-cv-01251)

Present: SCIRICA, BARRY and AMBRO, Circuit Judges

Submitted are:

(1) By the Clerk for possible dismissal due to a jurisdictional defect;

(2) Appellant's jurisdictional response; and

(3) Appellant's notice of appeal, which may be treated as his request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

in the above-captioned case.

Respectfully,

Clerk

MMW/SR/dmm

_____ O R D E R _____

The appeal is not dismissed for lack of jurisdiction. The foregoing request for a certificate of appealability is denied because, for substantially the same reasons given by the District Court, we conclude that the appellant's claims are procedurally defaulted.

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk

By the Court,

/s/ Scirica
_____
Circuit Judge

Dated: October 18, 2002
DMM/cc: Mr. Michael A. Lehman
        Clarence N. Patterson Jr., Esq.
        H. Stanley Rebert, Esq.